**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YASHMEEN S. | : | |
| v. | : | NO. 26-CV-172 |
| FRANK BISIGNANO<br>Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 20th day of October, 2026, it is hereby ORDERED that the Claimant's Request for Review is GRANTED and the matter REMANDED for clarification of the Plaintiff's ability to interact with others, as explained in my Opinion of this date.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE